# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America )
v. )
)
) Case No. 3:22CR003-MJN
)
CAMREN JAMES EDMONDSON (1) )
)
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: Federal Building | Courtroom No.: GOTOMEETING |
| 200 West Second Street | |
| Dayton, Ohio 45402 | Date and Time: February 10, 2022 @ 10:00 AM |

This offense is briefly described as follows:

COUNT 1: Conspiracy to make a false statement during the purchase of a firearm, in violation of 18 U.S.C. § 371

COUNTS 2 - 40: Making a false statement during the purchase of a firearm, in violation of 18 U.S.C. § 924(a)(1)(A).

Date: 1/28/22

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 02/02/22

*Server's signature*

TFO NATHAN CURLET
*Printed name and title*

COPY LEFT WITH JOYCE EDMOND SON AT 2333 HARSHMAN # 47
COPY LEFT AT THE FRONT DOOR OF 8507 BRANDT PL

FILED
RICHARD W. NAGEL
CLERK OF COURT

2/2/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON