UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                            Case No. 3:22-cr-3-1

vs.

CAMREN JAMES EDMONDSON,        District Judge Michael J. Newman
                                         Magistrate Judge Caroline H. Gentry

     Defendant.

---

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 30)

---

     This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Camren James Edmondson's guilty plea.  Doc. No. 30.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant Edmondson's plea of guilty as charged in count one of the indictment, which charges him with conspiracy to make a false statement during the purchase of a firearm in violation of 18 U.S.C. § 371.  *Id*.; *see* Doc. No. 27.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **September 27, 2022 at 11:00 AM**.

     **IT IS SO ORDERED.**

May 5, 2022                           s/Michael J. Newman
                                          Hon. Michael J. Newman
                                          United States District Judge